**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case Number 5:11-cv-564-FL**

| | | |
|---|---|---|
| **ACCESS FOR THE DISABLED, INC., a Florida not for profit corporation, and DENISE PAYNE, Individually,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **ENTRY OF DEFAULT** |
| **HUDSON-BELK COMPANY, a North Carolina Corporation** | : | |
| **Defendant.** | : | |
| ______________________________/ | : | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default against Hudson-Belk Company.

IT APPEARING TO THE COURT that the named Hudson-Belk Company is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant Hudson-Belk Company.

This the 20th day of December, 2011.

______________________________
Clerk
United States District Court